UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X
ACCESS 4 ALL, INC., a Florida not for
profit corporation, and FELIX ESPOSITO,
Individually,

          Plaintiffs,

   -against-

CS HOTELS LIMITED PARTNERSHIP,
a Kentucky Limited Partnership,

          Defendant
------------------------------------------------------------X

**STIPULATION AND ORDER**

04-12338 RCL

IT IS HEREBY STIPULATED AND AGREED, by the undersigned, attorneys of record for the parties herein, that the time in which the defendant is to answer or otherwise move with respect to the Complaint is hereby extended through and including January 6, 2005.

Dated: December 1, 2004

_____
Denis P. O'Leary, Esq.
Richard Sypek, Esq. (of counsel)
Bar Number 491090
Neufeld & O'Leary
Attorneys for Defendant
230 Park Avenue
New York, New York 10169
(212) 986-0999

_____
Lawrence A. Fuller, Esq.
O. Oliver Wragg, Esq.
Bar Number 643152
Fuller, Fuller & Associates, P.A.
Attorneys for Plaintiff
12000 Biscayne Blvd, Suite 609
North Miami, Florida 33181
(305) 891-5199

SO ORDERED:

_____
U.S.D.J.

Case 1:04-cv-12338-RCL    Document 2    Filed 12/02/2004    Page 2 of 2