# NEUFELD & O'LEARY

### ATTORNEYS AT LAW
### 230 PARK AVENUE
### NEW YORK, NEW YORK 10169

TELEPHONE:
(212) 986-0999
(631) 549-1717

FACSIMILE:
(212) 986-6341

LONG ISLAND OFFICE:
225 OLD COUNTRY ROAD
MELVILLE, NY 11747-2712

PLEASE REPLY TO:
New York

December 10, 2004

Clerk of the Court
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

Attention: Don Stanhope

Re:    Access 4 All, Inc., et ano., v. CS Hotels Limited Partnership
       Docket No.  04-12338 RCL
       Date Stipulation & Order Filed: 12/2/04

Dear Mr. Stanhope:

Pursuant to your recent telephone conversation with my secretary, Heidi Dezember, please forward to the undersigned a conformed and date-stamped copy of the Stipulation and Order which was apparently filed with the Clerk of the Court on December 2, 2004, in the envelope which has been enclosed for your convenience.

Should you have any questions, please call collect at (212) 986-0999.

Thank you for your anticipated cooperation.

Very truly yours,

Denis P. O'Leary

DPO/hd
Enclosure