UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
----------------------------------------------------------X
ACCESS 4 ALL, INC., a Florida not for
profit corporation, and FELIX ESPOSITO,
Individually,

                Plaintiffs,                              STIPULATION AND
                                                                      ORDER FOR
                                                                        DISMISSAL WITH
       -against-                                               PREJUDICE

                                                                        04-12338 RCL

CS HOTELS LIMITED PARTNERSHIP,
a Kentucky Limited Partnership,

                Defendant.
----------------------------------------------------------X

       Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been reached pursuant to a Settlement Agreement dated December 20, 2004, executed between the parties. The parties have stipulated in the Settlement Agreement that the Court shall retain jurisdiction herein solely to enforce the terms and conditions of the Settlement Agreement.

_____
Denis P. O'Leary, Esq.
Richard Sypek, Esq. (of counsel)
Bar Number 491090
Neufeld & O'Leary
Attorneys for Defendant
230 Park Avenue
New York, New York 10169
(212) 986-0999

Date: 12-14-04

_____
Lawrence A. Fuller, Esq.
O. Oliver Wragg, Esq.
Bar Number 643152
Fuller, Fuller & Associates, P.A.
Attorneys for Plaintiffs
12000 Biscayne Blvd, Suite 609
North Miami, Florida 33181
(305) 891-5199

Date: _____

SO ORDERED:


_____
U.S.D.J.